

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA


 UNITED STATES OF AMERICA,        Case No. '19 CR2064 LAB

                    Plaintiff,    I N F O R M A T I O N

       v.                         Title 21, U.S.C.,
                                  Secs. 952 and 960 -
 JESSICA MARIE GOMEZ,             Importation of
                                  Methamphetamine (Felony)
                    Defendant.
```

The United States Attorney charges:

On or about May 12, 2019, within the Southern District of California, defendant, JESSICA MARIE GOMEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 10.86 kilograms (23.94 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/4/19 .

ROBERT S. BREWER, JR.
United States Attorney

DEREK T. KO
Assistant U.S. Attorney

DTK:mt:5/20/2019