AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
JUN 04 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JESSICA MARIE GOMEZ,<br><br>                      Defendant. | Case No. 19cr2064 LAB<br><br>**WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 5/31/19

                                                  Defendant

DATED: 5/31/19

                                                  Defendant's Attorney

                                                  JUDICIAL OFFICER