1  Victor N. Pippins, Jr.  Bar No. 251953
   victor@pippinslaw.com

2  LAW OFFICE OF VICTOR PIPPINS
   225 Broadway, Suite 2100

3  San Diego, California  92101
   Telephone: 619-239-9467

4
   Attorneys for Defendant
5

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  19CR2064-LAB

12            Plaintiff,               **DECLARATION OF VICTOR PIPPINS**

13  v.

14  JESSICA GOMEZ,

15            Defendant.

16

17        I , Victor Pippins,  declare and state as follows:

18        1. I am the court appointed counsel for defendant Jessica Gomez.

19        2. I am seeking the Court's permission to file a Motion to Compel

20           Discovery, requiring the government to provide relevant evidence which

21           it possesses.

22        3. I have informally requested this evidence from AUSA Jill Streja.  While I

23           do not doubt AUSA Streja's diligence in seeking to locate and produce

24           this evidence, I have still not received it.  Given the fast approaching trial

25           doubt, I now seek the Court's assistance in hearing, and ruling upon, my

26           request for discovery.

27        4. The requested evidence is critical to the presentation of Ms. Gomez's

28           case, and may very well constitute Brady evidence.  Despite the fact that

1  my motion is being filed later than permitted by the Court's chamber's

2  rules, the interests of justice are only served if the Court permits this

3  motion to compel discovery to be litigated and ruled on.

4

DATED: August 1, 2019

5

6                                      By:

7

8

9                                      Victor Pippins
                                       Counsel for Jessica Gomez
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

w