Victor Pippins
California State Bar No. 251953
Law Office of Victor Pippins
225 Broadway Suite 2100
San Diego, California 92101

victor@pippinslaw.com

Attorney for Ms. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA GOMEZ,<br><br>　　　　　　　Defendant. | CASE NO.:   19CR2064-LAB<br><br>Chief Judge Larry Alan<br>Date: August 5, 2019<br>Time: 2:00 p.m.<br><br>Notice of Motion and Memorandum In Support Of Ms. Gomez's Motions To:<br><br>　1) Compel discovery;<br>　2) Obtain leave to file further motions |

TO:   Robert Brewer, United States Attorney; and
　　　Jill Streja, Assistant United States Attorney:

　　　Please take notice that on August 5, 2019 at 2:00 p.m., or as soon thereafter as counsel may be heard, Jessica Gomez, through her counsel, Victor Pippins, will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

## MOTIONS

Jessica Gomez, through her attorney, Victor Pippins, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

(1) Compelling Discovery;
(2) Granting Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: August 1, 2019

*s/ Victor Pippins*
Victor Pippins
Attorney for Ms. Gomez

Victor Pippins
California State Bar No. 251953
225 Broadway Suite 2100
San Diego, California 92101

victor@pippinslaw.com

Attorney for Ms. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   19CR2064-LAB |
|---|---|
| Plaintiff, | Memorandum of Points and Authorities In Support Of Ms. Gomez' Motions |
| v. | |
| JESSICA GOMEZ, | |
| Defendant. | |

I.

BACKGROUND

Ms. Gomez was arrested at the San Ysidro Port of Entry on May 12, 2019 as she applied for admission into the United States while driving a vehicle.  Upon inspection, approximately 10.86 kilograms of suspected methamphetamine was found in the vehicle.  In a lengthy post arrest statement, Ms. Gomez denied knowledge of the packages hidden in the car.  During that post-arrest statement, agents insisted that a person besides Ms. Gomez had recently crossed that vehicle into the United States from Mexico.  The agents purported to have obtained that evidence by reading the TECS records associated with the vehicle.  At the time of her arrest it is alleged that Ms. Gomez possessed a cell phone.  Subsequent to the interview, the agents requested and received a warrant permitting them to search that cell phone.  To date, Ms. Gomez has not received any TECS records or results of the cell phone search.  Jury trial is currently scheduled for August 13, 2019.

II.

MOTION TO COMPEL DISCOVERY

Ms. Gomez requests that the government produce the TECS records associated with her, as well as the TECS records associated with the vehicle she was driving on the day of her arrest. There is a likelihood that the TECS records will include exculpatory information, if, as the agent stated, another person or person had been crossing that car close in time to Ms. Gomez's arrest.

If the TECS records show that a third party had recently crossed the vehicle, Ms. Gomez also requests any information that the government possesses regarding that third party. This request includes, but is not limited to, information regarding whether that third party has criminal convictions or is currently under investigation by the government. This, again, would be exculpatory evidence, and thus must be produced if it is in the government's possession.

After Ms. Gomez's arrest, the government obtained a court order permitting them to search the cell phone which was seized from her. Ms. Gomez has not received any evidenced obtained from that search. She asks the Court to order the government to produce the evidence obtained from the search of the cell phone forthwith.

III.

MOTION FOR LEAVE TO FILE FURTHER MOTIONS

It is not possible at this time for Ms. Gomez to know what relevant information will be gleaned when the government produces the TECS records and results of the cell phone search. In the event that this evidence leads Ms. Gomez to believe that additional relevant evidence is in the possession of the government, she requests leave to file further motions.

# V.

# CONCLUSION

For the reasons stated, Ms. Gomez requests this Court grant her motions.

Respectfully submitted,

Dated: August 1, 2019

*s/ Victor Pippins*
Victor Pippins
Attorney for Jessica Gomez